### JOE BURGOS VEGA *v.* COMMISSIONER OF CORRECTION

The petitioner Joe Burgos Vega's petition for certification for appeal from the Appellate Court, 103 Conn. App. 732 (AC 27079), is denied.

*Annacarina Del Mastro,* senior assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 4, 2008

### IN RE CAMERON C.

The petition by the respondent grandmother for certification for appeal from the Appellate Court, 103 Conn. App. 746 (AC 27780), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Carolyn L. Jennings,* in support of the petition.

*Stephen G. Vitelli,* assistant attorney general, in opposition.

Decided January 4, 2008